UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __5__

-----------------------------------------------

Miller-Hyman

-v-

Hourihane, et al

-----------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-6101__

JUDGE: __KMW__

DATE: __AUGUST 22, 2008__

*[U.S. District Court Filed stamp: AUG 22 2008, S.D. of N.Y.]*

## INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES -------------------------------------------------

DOCUMENT DESCRIPTION                                             DOC. #

__CLERK'S CERTIFICATE__                                          _____

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__                      _____

(✓) Original Record                              (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 22ND Day of August, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

```
---------------------------------------           U.S.C.A. # _____

            Miller - Hyman                        U.S.D.C. # 08-W-6101
                  -v-
            Hourihane, et al                      JUDGE: KMW

---------------------------------------           DATE: AUGUST 22, 2008
```

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __4__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 22ND Day of August In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 233RD year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

APPEAL, CLOSED, HABEAS, LEAD, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-06101-KMW
### Internal Use Only

MIller-Hyman v. Hourihane et al  
Assigned to: Judge Kimba M. Wood  
Member case: (View Member Case)  
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa  

Date Filed: 07/02/2008  
Date Terminated: 07/02/2008  
Jury Demand: None  
Nature of Suit: 530 Habeas Corpus (General)  
Jurisdiction: Federal Question  

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | 1 | PETITION FOR WRIT OF HABEAS CORPUS pursuant to 28 U.S.C. 2241. Document filed by Jerrell MIller-Hyman.(laq) (Entered: 07/16/2008) |
| 07/02/2008 | | Magistrate Judge Kevin N. Fox is so designated. (laq) (Entered: 07/16/2008) |
| 07/02/2008 | 2 | ORDER OF DISMISSAL, The Court directs the Clerk of Court to assign docket numbers to this action, orders that these petitions(08-cv-6101 & 08-cv-6102) be consolidated for the purpose of this order, but dismisses the petitions without prejudice. Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C.2241 is dismissed without prejudice. Once he has been convicted and he has exhausted his state court remedies, petitioner may file a new petition under 28 U.S.C.2253 within one-year limitation period challenging his conviction. Should petitioner file a new application for habeas corpus relief after fully exhausting his state court remedies, he need not seek permission from the United States Court of Appeals for the Second Circuit before filing it in the district court.As petitioner has not made a substantial showing of the denial of a constitutional, a certificate of appealability will not issue. The Court certifies pursuant to 28 U.S.C.1915(a) that any appeal from this order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/2/08) (laq) Modified on 7/16/2008 (laq). (Entered: 07/16/2008) |
| 07/02/2008 | 3 | JUDGMENT. Ordered, Adjudged and Decreed: That the petition is hereby dismissed.... a certificate of appealability will not issue.... We certify pursuant to 28 U.S.C. 1915(a) that any appeal from the Court's order would not be taken in good faith. (Signed by Judge Kimba M. Wood on 7/2/08) (laq) (Entered: 07/16/2008) |
| 08/13/2008 | 4 | NOTICE OF APPEAL from 3 Judgment - Sua Sponte (Petition), 2 Order Dismissing Petition. Document filed by Jerrell MIller-Hyman. Copies mailed to attorney(s) of record: Corporation Counsel. (tp) (Entered: 08/22/2008) |
| 08/13/2008 | | Appeal Remark as to 4 Notice of Appeal filed by Jerrell MIller-Hyman. $455.00 APPEAL FEE DUE. IFP REVOKED 7/2/08. COA DENIED 7/2/08.(tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |
| 08/22/2008 | | Transmission of Notice of Appeal to the District Judge re: 4 Notice of Appeal. (tp) (Entered: 08/22/2008) |